United States District Court
Southern District of Texas

**ENTERED**

May 13, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CHIDI AMADI, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-02426 |
| | § | |
| | § | |
| versus | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| WARDEN MARTIN FRINK, | § | |
| *et al*, | § | |
| Respondents. | § | |

## ORDER

Pending is a petition for writ of *habeas corpus* by Petitioner Chidi Amadi. Dkt 1. Also pending is a motion for summary judgment by the Government, to which Petitioner has responded. See Dkts 8 & 10.

The Government is ORDERED to file a reply in support of its motion for summary judgment by May 18, 2026.

Such reply should state a position as to whether Petitioner's detention proceeds under 8 USC §§1225(b)(1) or 1225(b)(2)(A), as both are raised in its motion. See Dkt 8 at 1–2.

It should also respond to Petitioner's argument and evidence that he timely complied with the prior order of voluntary departure, and what collateral consequences (if any) such compliance would have with respect to its position that Petitioner is lawfully detained pursuant to an "order of reinstatement of removal." Dkt 8 at 4–6; See Dkts 10 at 6–9 & 10-1 at 14, 19 (passport stamp and Consulate Officer documentation). In this respect, it should also clarify if it is somehow contending that Petitioner is already subject to a final order of removal.

It should further address whether it has or intends to issue to Petitioner a new notice to appear.

SO ORDERED.

Signed on May 13, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge