United States District Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CHIDI AMADI, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-02426 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WARDEN MARTIN FRINK, | § | |
| *et al*, | § | |
| Respondents. | § | |

### ORDER

Pending is a petition for writ of *habeas corpus* by Petitioner Chidi Amadi. Dkt 1. Also pending is a motion for summary judgment by the Government, to which Petitioner has responded. See Dkts 8 & 10.

Prior order directed the Government to file a reply in support of its motion for summary judgment addressing (i) the applicable detention authority, and (ii) Petitioner's argument and evidence that he timely complied with a prior order of voluntary departure. Dkt 11.

The Government did so, asserting that Petitioner is subject to reinstatement of removal and thus detained pursuant to 8 USC §1231(a). Dkt 12. But Petitioner then filed a surreply, indicating that the Government issued him a new notice to appear on April 20, 2026. See Dkts 13 at 3 & 13-1 at 28–30 (notice to appear).

The Government is ORDERED to submit a supplemental filing, stating a position as to what effect, if any, the new notice to appear has on the applicable detention authority in this action.

Such filing must be made by June 2, 2026.

Petitioner may file any response by June 5, 2026.

SO ORDERED.

Signed on May 26, 2026, at Houston, Texas.

                         _____

Honorable Charles Eskridge

United States District Judge

2