United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CHIDI AMADI, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-02426 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WARDEN MARTIN FRINK, | § | |
| *et al*, | § | |
| Respondents. | § | |

## ORDER

Prior order granted the petition for writ of *habeas corpus* by Petitioner Chidi Amadi and ordered Respondents to release him within twenty-four hours. Dkt 20.

Pending is an advisory by Respondents indicating that Petitioner was released from custody. Dkt 21; see Dkt 21-1 (order of supervision).

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED AS MOOT.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on  July 14, 2026  , at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge